Arun G. Ravindran (*Pro Hac Vice*)
aravindran@hedinhall.com
**HEDIN HALL LLP**
Frank S. Hedin (SBN 291289)
fhedin@hedinhall.com
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: + 1 (305) 357-2107
Fascimile: + 1 (305) 200-8801

*Counsel for Plaintiff and the Putative Class*

Joseph C. Wylie II (*Pro Hac Vice*)
joseph.wylie@klgates.com
**K&L GATES LLP**
Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: + 1 (415) 882-8200
Facsimile: + 1 (415) 882-8220

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY HUDGINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEURON FUEL, INC. D/B/A TYNKER,<br><br>Defendant. | Case No.: 5:22-cv-05271-BLF<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Harley Hudgins and Defendant Neuron Fuel, Inc. d/b/a Tynker hereby notify the Court that they have reached a settlement of Plaintiff's individual claim in the above-captioned dispute. The parties anticipate filing a stipulation of dismissal with prejudice within fourteen days of today.

Dated: May 4, 2023               /s/ Arun Ravindran (*pro hac vice*)
                                 Counsel for plaintiff

Dated: May 4, 2023               /s/ Joseph C. Wylie II (*pro hac vice*)
                                 Counsel for defendant