Arun G. Ravindran (*Pro Hac Vice*)
aravindran@hedinhall.com
**HEDIN HALL LLP**
Frank S. Hedin (SBN 291289)
fhedin@hedinhall.com
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone:  + 1 (305) 357-2107
Fascimile:   + 1 (305) 200-8801

*Counsel for Plaintiff and the Putative Class*

Joseph C. Wylie II (*Pro Hac Vice*)
joseph.wylie@klgates.com
**K&L GATES LLP**
Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:  + 1 (415) 882-8200
Facsimile:   + 1 (415) 882-8220

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY HUDGINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEURON FUEL, INC. D/B/A TYNKER,<br><br>Defendant. | Case No.: 5:22-cv-05271-BLF<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER** |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Harley Hudgins, by and through her undersigned, and Defendant Neuron Fuel, Inc. d/b/a Tynker, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Dated: May 12, 2023    /s/ Arun Ravindran (*pro hac vice*)
　　　　　　　　　　　　Counsel for plaintiff

Dated: May 12, 2023    /s/ Joseph C. Wylie II (*pro hac vice*)
　　　　　　　　　　　　Counsel for defendant

## PROPOSED ORDER

Based on the parties stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: _____     By: _____
Hon. Beth Labson Freeman
United States District Judge